**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:16-cv-02037-WJM-CBS

KAMIL KIRIO,
VINOTH RAVI, and
EDUARDO FIALLOS, Individually and on Behalf of All Others Similarly Situated,

    Plaintiffs,

v.

PHILIP A. EPSTEIN,
LANCE PETERSON, and
JAMES A. WATT,

    Defendants.

---

### NOTICE OF VOLUNTARY DISMISSAL

---

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Lead Plaintiffs Kamil Kirio, Vinoth Ravi, and Eduardo Fiallos ("Lead Plaintiffs"), hereby gives notice that the above-captioned action is voluntarily dismissed, without prejudice. All parties to bear their own costs.

    DATED: May 22, 2017

    Respectfully submitted,

    **THE SHUMAN LAW FIRM**.

    /s/ Rusty Glenn
    Rusty Glenn, Esq.
    600 17th Street, Suite 2800 South
    Denver, CO 80202
    Telephone: (303) 861-3003
    Fax: (303) 536-7849.
    rusty@shumanlawfirm.com

*Lead Counsel for Plaintiffs*

**GLANCY PRONGAY & MURRAY LLP**

/s/ Casey Sadler
Casey Sadler, Esq.
Alexa Mullarky, Esq.
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
Telephone: (310) 201-9150
Fax: (310) 432-1495
csadler@glancylaw.com
amullarky@glancylaw.com

*Lead Counsel for Plaintiffs*

**THE ROSEN LAW FIRM P.A**.

/s/ Jacob A. Goldberg
Jacob A. Goldberg, Esq.
Alessandra C. Phillips, Esq.
101 Greenwood Avenue, Suite 440
Jenkintown, PA 19046
Telephone: (215) 600-2817
Fax: (212) 202-3827
jgoldberg@rosenlaw.com
aphillips@rosenlaw.com

*Counsel for Plaintiffss*

## Certificate of Service

I hereby certify that the foregoing was filed with this Court on May 22, 2017 through the CM/ECF system and will be sent electronically to all registered participants as identified on the Notice of Electronic Filing, and paper copies will be sent to those indicated as non-registered participants.

                                                                           *s/ Rusty E. Glenn*
                                                                           Rusty E. Glenn